UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARIA DEL CARMEN BENNETT ORELLANA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendants. | Case No. 5:26-cv-10199-SVK<br><br>**~~[PROPOSED]~~ ORDER PERMITTING ZOOM APPEARANCES AT NOVEMBER 19, 2026 HEARING** |

The Court GRANTS Plaintiff's unopposed administrative motion. Counsel may appear by Zoom at the November 19, 2026, 10:30 a.m. preliminary injunction hearing. Counsel shall follow the Court's Zoom instructions. All other provisions of ECF No. 14 remain unchanged.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge