United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA DEL CARMEN BENNETT ORELLANA,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No. 26-cv-10199-SVK

**ORDER FOLLOWING HEARING ON PRELIMINARY INJUNCTION**

Re: Dkt. No. 9

Plaintiff Maria Del Carmen Bennett Orellana ("Plaintiff") filed a Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction on November 1, 2026. Dkt. 9. After receiving Defendants' Opposition (Dkt. 13), filed on shortened time, the Court granted a limited TRO and set a preliminary injunction hearing for November 19, 2026. Dkt. 14. After reviewing the Parties additional briefing (Dkts. 16-17) and hearing arguments from Counsel, the Court **DISSOLVES** the TRO and **DENIES** the Preliminary Injunction for the reasons stated on the record. For the convenience of the Parties and the Court, the Court's ruling is summarized below.

The Court is persuaded that this very unfortunate dilemma, the facts of which are not disputed and are clearly set forth in the Parties' briefing, is of Plaintiff's own making: as explained by the Government and acknowledged by Plaintiff's Counsel, Plaintiff's I-485 application was filed too early. Therefore, Plaintiff is not likely to succeed on the merits of controlling the timing of her I-485 adjudication. The Court acknowledges that this situation results in undue hardship, but such hardship was caused by Plaintiff's filing her I-485 application before she was eligible to do so.

Plaintiff has a legitimate path forward, as framed in the action before this Court. She has moved for mandamus on her currently pending I-131 (parole-in-place, or "PIP") application, and

she has a legitimate concern regarding the need for her PIP application to be adjudicated. Specifically, she has a legitimate concern that USCIS's 90-day deadline for her to submit official permanent change of station (PCS) orders will likely not be enough time given that the PCS orders are not expected to be made until spring of 2027. To deal with Plaintiff's concerns, the Court **ORDERS** the following:

1. Briefing on PIP/PCS Issues: The Parties are to submit briefing regarding any issues involving the PIP application and expected PCS order in advance of USCIS's current January 28, 2027 deadline on the following schedule:
    a. Plaintiff moves for relief: **January 7, 2027**;
    b. Government responds to Plaintiff's motion: **January 14, 2027**; and
    c. Hearing: **January 21, 2027 at 10 a.m**, over Zoom.
2. Advance Notice: While Form I-131, Receipt IOE936919799, remains pending, Defendants shall file and serve written notice no fewer than seven calendar days before USCIS issues any final decision on Form I-485, Receipt IOE0937453931. The notice need not disclose the anticipated outcome or grounds and does not determine the substance of any decision.
3. Notice to Court on I-131 Action: The Parties are to notify the Court of any developments regarding adjudication of the I-131 application.

The TRO is hereby **DISSOLVED** and Plaintiff's Motion for a Preliminary Injunction **DENIED**.

**SO ORDERED.**

Dated: November 19, 2026

SUSAN VAN KEULEN
United States Magistrate Judge