CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Fax: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA DEL CARMEN BENNETT ORELLANA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendants. | Case No. 5:26-cv-10199-SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order summary judgment. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due November 23, 2026.

2. The parties make this request because the Government is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

3. The parties therefore stipulate to extend the time for Defendants' response to December 7, 2026. The parties further request a corresponding 14-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.

Dkt. No. 6. Under the extended deadlines, Defendants' motion for summary judgment must be filed by February 4, 2027.

4. There have been no previous modifications of time in this case, whether by stipulation Court order.

IT IS SO STIPULATED.

Dated: November 23, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 23, 2026

*/s/ Michael S. Martin*
MICHAEL S. MARTIN
Martin & Farah Law, P.C.
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 24, 2026

Susan van Keulen
SUSAN VAN KEULEN
United States Magistrate Judge